UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>LIN CHEN,<br><br>Defendant - Appellee. | No. 05-10108<br>D.C. No. CR-01-00051-DWH<br>CR-01-00051-DWH<br><br>**JUDGMENT** |

FILED
DISTRICT COURT OF GUAM
MAR 28 2006
MARY L.M. MORAN
CLERK OF COURT

Appeal from the United States District Court for the District Of Guam (Hagatna).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District Of Guam (Hagatna) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 03/02/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
MAR 24 2006
by:
Deputy Clerk