# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,  Plaintiff,  vs.  Lin Chen,  Defendant. | Case No. 1:01-cr-00051  **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *USCA Judgment filed March 28, 2006,* on the dates indicated below:

*U.S. Attorney's Office*  *Federal Public Defender*
*March 28, 2006*  *March 29, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*USCA Judgment filed March 28, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 29, 2006     /s/ Marilyn B. Alcon
                             Deputy Clerk