FILED
DISTRICT COURT OF GUAM
MAR 29 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIN CHEN,<br><br>　　　　Defendant. | Criminal Case No. 01-00051<br><br><br>ORDER |

This matter is hereby set for a status hearing on April 4, 2006, at 11:30 a.m. before the Honorable Roger T. Benitez.*

SO ORDERED this 29th day of March, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

---

*The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, by designation.