DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
APR -5 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR- 01-00051          DATE: 04/04/2006

HON. ROGER T. BENITEZ, Designated Judge, Presiding          Law Clerk: N/A
Court Reporter: Wanda Miles          Courtroom Deputy: Virginia T. Kilgore/Glenn Rivera
Hearing Electronically Recorded - RUN TIME: 11:33.02 - 11:40.26          CSO: J. Lizama

************************** A P P E A R A N C E S **************************

**DEFT: LIN CHEN**          **ATTY: JOHN GORMON**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID          AGENT: N/A

U.S. PROBATION: CARLENE BORJA          U.S. MARSHAL: DAVE PUNZALAN

INTERPRETER: JESSIE CHEN          ( X ) SWORN          LANGUAGE: CHINESE MANDARIN
                                  ( ) PREVIOUSLY SWORN

**PROCEEDINGS: STATUS CONFERENCE**

( ) MOTION(s) ARGUED BY     ( ) GOVERNMENT     ( ) DEFENDANT
( ) MOTION(s) ___ Granted ___ Denied ___ Withdrawn ___ Under Advisement
( ) ORDER SUBMITTED     ___ Approved     ___ Disapproved
( ) ORDER to prepared By: _____
( X ) JURY TRIAL SET FOR: APRIL 6, 2006 AT 1:30PM

**NOTES:**
<u>GOVT ORAL REQUEST TO SCHEDULE JURY TRIAL FOR WEEK OF 4/10/06 - DENIED</u>

(X) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-
                                                                next page

Courtroom Deputy: _____          TIME: 11:33 a.m.