DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
CHANGE OF PLEA & IMMEDIATE SENTENCING

FILED
DISTRICT COURT OF GUAM
APR -6 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-01-00051     DATE: April 6, 2006

**HON. ROGER T. BENITEZ, Designated Judge, Presiding**
Court Reporter: Wanda Miles
Hearing Electronically Recorded - RUN TIME: 1:40.48 - 2:24.05

Law Clerk: None Appearing
Courtroom Deputy: Glenn Rivera
CSO: N. Edrosa/J. Lizama

**APPEARANCES**

**DEFT: LIN CHEN**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.

**ATTY: JOHN GORMAN**
( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD     AGENT: MANNY CANDELA

U.S. PROBATION: JUDY OCAMPO     U.S. MARSHAL: D. PUNZALAN

INTERPRETER: FOO MEE CHUN CLINARD, Previously sworn     LANGUAGE: CHINESE MANDARIN

## (X) DEFT CHANGES PLEA TO GUILTY TO COUNT 1 OF THE INDICTMENT. DEFT ORALLY WAIVES PRESENTENCE REPORT

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level: 14     Total offense level: 12     Criminal History Category: I

    **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION: Government recommended to the Court time served and credit for 17 months.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

SENTENCE: CR-05-00051                    DEFENDANT: LIN CHEN

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF <u>TIME SERVED (CREDIT FOR 17 MONTHS.</u>

( )     COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF <u>ONE (1) YEAR.</u>

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1.  DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, OR LOCAL CRIME

2.  DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. THE DEFENDANT SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, NOT TO EXCEED EIGHT TESTS PER MONTH, AS DIRECTED BY THE PROBATION OFFICER.

3.  DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICER.

4.  DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND CODIFIED UNDER 18 U.S.C. §3583.

5.  DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

6.  DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER HE HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL. THE DEFENDANT SHALL ALSO MAKE CO-PAYMENT FOR THE PROGRAM AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

COURT ORDERS THAT THE DEFENDANT BE RELEASED FORTHWITH TO IMMIGRATION.

IT IS FURTHER ORDERED THAT THE SPECIAL ASSESSMENT FEE OF $100.00 IS WAIVED.

PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

GOVERNMENT ORAL MOTION TO DISMISS COUNT 2 OF THE INDICTMENT - GRANTED