# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Lin Chen, <br><br> Defendant. | Case No. 1:01-cr-00051 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Judgment and Notice of Entry, filed April 14, 2006, on the dates indicated below:

| U.S. Attorney's Office | Federal Public Defender's Office | U.S. Probation Office | U.S. Marshal Service |
|---|---|---|---|
| April 17, 2006 | April 17, 2006 | April 14, 2006 (Judgment only) | April 17, 2006 (Judgment only) |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Judgment and Notice of Entry

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 17, 2006      /s/ Renee M. Martinez
                                    Deputy Clerk