
**FILED**
DISTRICT COURT OF GUAM
MAY 20 2008
JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>LIN CHEN,<br>　　　　Defendant. | CRIMINAL CASE NO. 01-00051<br><br>**RECEIPT OF EXHIBITS** |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ]　Government's　　　　[ ]　Defendant's　　　　[ ]　Joint

**EXHIBIT NO.　　DESCRIPTION**

SEE ATTACHED MINUTE ENTRY

_____
Signature

EVANGELYN PHELPS
Name

5-20-08
Date

UNITED STATES ATTORNEYS OFFICE
Office/Firm Receiving Exhibits

FILED
DISTRICT COURT OF GUAM
FEB - 8 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES - GENERAL

**CASE NO. CR-01-00051**  **DATE: 02/08/2005**  **TIME: 9:07 a.m.**

HON. DAVID W. HAGEN, Designated Judge, Presiding
Court Recorder: Virginia T. Kilgore
Hearing Electronically Recorded - RUN TIME: 9:07:15 - 10:11:13

Law Clerk: Mike Large
Courtroom Deputy: Virginia T. Kilgore
CSO: J. McDonald / B. Pereda

(34)

************************ **APPEARANCES** ************************

**DEFT: LIN CHEN**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.

**ATTY: RICHARD ARENS**
( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON

**AGENT:**

**U.S. PROBATION:** MARIA CRUZ

**U.S. MARSHAL:** SAL LUJAN & R. LUMUAGI

**INTERPRETER:** JULIA BERG  ( ) SWORN  ( X ) PREVIOUSLY SWORN  **LANGUAGE:** CHINESE MANDARIN

**PROCEEDINGS:**

### - MOTION TO SUPPRESS

( X ) MOTION(s) ARGUED BY ( X ) GOVERNMENT ( X ) DEFENDANT
( X ) MOTION(s) _X_ Granted ___Denied ___Withdrawn ___Under Advisement
( ) ORDER SUBMITTED ___Approved ___Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO:

**NOTES:**
Mr. Timothy Conway was sworn and examined. (See attached witness and exhibit log). Defense requested the witness to bring a copy of the search warrant to the Court for today's trial at 1:30 p.m. The government objected. The Court granted defense's request and instructed the witness to bring a copy of the search warrant to Court this afternoon.

The Court granted defendant's motion to suppress. The government stated that upon approval from the office in Washington, she will appeal the Court's ruling. The Court instructed Ms. Johnson to notify chambers of her decision to appeal, otherwise trial will proceed as scheduled.

(X) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-
next page

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| LIN CHEN | Case Number: CR-01-00051 |

| PRESIDING JUDGE<br>**DAVID W. HAGEN** | PLAINTIFF'S ATTORNEY<br>**KARON JOHNSON** | DEFENDANT'S ATTORNEY<br>**RICHARD ARENS** |
|---|---|---|
| HEARING DATE (S)<br>FEBRUARY 8, 2005 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | TIME (9:08:40) |
| | | | | | | Ms. Johnson calls Timothy Conway as a witness. No objection. |
| | 1 | | 2/8/05 | 2/8/05 | 2/8/05 | Form I-213 Record of Deportable/Inadmissible Alien |
| | 2 | | 2/8/05 | 2/8/05 | 2/8/05 | Form I-703 Continuation Sheet to Record of Action Proceedings in Immigration Court |
| | 3 | | 2/8/05 | 2/8/05 | 2/8/05 | Form I-826 Notice of Rights and Request for Disposition |
| | | | | | | Cross Examination by Mr. Arens (TIME 9:27:22) |
| | | | | | | Court instructs the witness to bring a copy of the search warrant to Court this afternoon. |
| | | 4 | 2/8/05 | 2/8/05 | 2/8/05 | Grand Jury Transcript offered by Mr. Arens |
| | | | | | | Re-Direct examination by Ms. Johnson (TIME 9:47:56) |
| | | | | | | Witness Excused |
| | | | | | | Argument by Mr. Arens |
| | | | | | | Argument by Ms. Johnson (TIME 10:00:55) |